IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SURGICOR, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:22-cv-00291 ) |
| CHRISTOPHER WADE, | ) JUDGE CAMPBELL ) MAGISTRATE JUDGE FRENSLEY |
| Defendant. | ) |

# ORDER

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE